425 A.2d 833

Borkowski et ux., Appellants v. Bruno et ux.

Argued June 14, 1979. Marc D. Jonas, for appellants; Fred Fromhold, for appellees.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The order of the lower court is hereby affirmed.

425 A.2d 833

Goetz etc. v. Acme Markets et al., Appellants.

Argued September 10, 1979. Louis Kattelman, for appellants; G. Wayne Renneisen, for Acme Markets, appellee; E. Parry Warner, for Owens-Illinois Inc., appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

** President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, Pennsylvania, are sitting by designation.